*Filed In Open Court 3/16/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 98-102-KAJ |
| KAREEMA SALANDY, | ) | |
| Defendant. | ) | |

### MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count II of the Indictment as it relates to the defendant, pursuant to the Memorandum of Plea Agreement dated December 16, 2004.

COLM F. CONNOLLY
United States Attorney

BY: _____
Edmond Falgowski
Assistant United States Attorney

Dated: March 16, 2005

IT IS SO ORDERED this 17th day of March, 2005.

_____
HONORABLE KENT A. JORDAN
United States District Court