Dir Jud cant have my mom back ~~Back~~ pul s hvea my mom Back and I wic my mom wus oPt ouJeL so err wun wuz hre Brthz wuz ond Sister and Grandma

Dear Juge,

Please let Kaneema go I really miss her. She is the best mother in the universe and I really love her. She is very amazing and would never do anything bad. She would always take care of her children. If

p.s. If you let her go please make her stay in Delaware and live with me, my grandma ihnen tohd my six brothers and sisters

Love
Wayne,

3/15/0-
5:14 pm
Abdul

Dear:

Mr. or Ms., or whom ever it may concern.

I am writing this letter to tell you that I need and miss my mother oh so much, and want her back with me and her children five of them to be exact, and needs to be with all of her kids. I mean it doesn't feel the same with out your dad but you mostly need your mom the one that gave birth to you, and the one that knows you better than anybody. I miss coming home and being scared that I'm going to get grounded or not being able to talk on the phone for like a

week so you see I need her I want her with me and my little sister and brother who are 5 and 9, they girl is turning six soon and her mother needs to be there unlike my birthday my mother gotten taken from me. So what I'm trying to say is that my mother didnt do anything she was just with a guy that made a mistake. So why take the only real thing I have left from me breaking my heart and crushing my dreams so I am just to ask you a question, did you grow up with you father and mother? because I'm not I dont have a wealthy furtrune. But my mother was all I needed. Now I dont

have that Safty Blanket to go home to all I have is her picture huging it sheding at least one tear a night hoping she one comes home to me. HURRY MOMMY GODS Not GOING "TO LET ME DOWN.

P.S.

Thank you any way for listening to me making me feel "important like my mother did it felt good I would like to feel that again".

Sincerley
Abdul J Salandy

